■ In the Matter of NANCY KAY B., Respondent, v DENNIS
G., Appellant. (Appeal No. 1.) [617 NYS2d 608] —Order unani-
mously reversed on the law without costs, order of Hearing
Examiner and order of paternity vacated and matter remitted
to Erie County Family Court for further proceedings in accor-
dance with the following Memorandum: Respondent appeals
from an order of Family Court denying objections to the
Hearing Examiner's order of support. That appeal brings up
for review the order of the Hearing Examiner (see, CPLR 5501
[a] [1]) and the prior order of Family Court that adjudged
respondent to be the biological father of the child (see, Matter
of Jane PP. v Paul QQ., 64 NY2d 15, 18).

*Matter of Nancy Kay B. v Dennis G.* ([appeal No. 1] 207 AD2d 972 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Paternity.) Present—Balio, J. P., Lawton, Wesley, Doerr and Boehm, JJ.